Case 1:26-cv-05326-DLC Document 13 Filed 08/19/26 Page 1 of 2

brownrudnick

IAN G. DIBERNARDO
IDiBernardo@brownrudnick.com

August 19, 2026

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**RE: World Gold Trust Services, LLC v. Kurv ETF Trust et al, 1:26-cv-05326-DLC**

Dear Judge Cote:

Counsel for Plaintiff World Gold Trust Services, LLC ("Plaintiff") in the above-referenced action writes to respectfully request an adjournment of the initial pretrial conference, currently scheduled for August 21, 2026.

Plaintiff filed its Complaint in this action on June 24, 2026. The Summons and Complaint have not yet been served, as the parties are discussing possible early resolution to the matter. The parties therefore believe a short adjournment of the initial pretrial conference would be in the interest of judicial efficiency. Defendants Kurv ETF Trust and Kurv Investment Management LLC have consented to this adjournment request, and their counsel are copied here. In accordance with the Notice of Initial Pretrial Conference (ECF No. 11), counsel for all parties are available on September 25, 2026 and October 2, 2026. The parties can also provide additional availability if those dates are not convenient for the Court.

There has been no prior request for the adjournment of the initial pretrial conference.

The conference is adjourned to 9/25 at 4:30 pm.

Denise Cote
8/20/26

*/s/ Ian G. DiBernardo*
Ian G. DiBernardo
Brown Rudnick LLP
7 Times Square
New York, NY 10036
(212) 209-4800
idibernardo@brownrudnick.com

Brian Boerman
Sheridan Ross P.C.
1560 Broadway
Suite 1200
Denver, CO 80202-5145
bboerman@sheridanross.com

Case 1:26-cv-05326-DLC Document 13 Filed 08/19/26 Page 2 of 2



cc: Jack Haisman (jhaisman@mofo.com)
Joyce Liou (jliou@mofo.com)
*Counsel for Defendants*