brownrudnick

IAN G. DIBERNARDO
IDiBernardo@brownrudnick.com

September 21, 2026

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

The complaint must be served by September 24, 2026. The conference is adjourned to Nov. 20 at 10:30 am. There shall be no further adjournment. Denise Cote 9/21/26

**RE: <u>World Gold Trust Services, LLC v. Kurv ETF Trust et al, 1:26-cv-05326-DLC</u>**

Dear Judge Cote:

Counsel for Plaintiff World Gold Trust Services, LLC ("Plaintiff") in the above-referenced action writes to respectfully request an adjournment of the initial pretrial conference, currently scheduled for September 25, 2026 (ECF No. 14).

Plaintiff filed its Complaint in this action on June 24, 2026. However, the Summons and Complaint have not yet been served, as the parties have been discussing possible early resolution to the matter. The parties have exchanged drafts of a settlement agreement and are optimistic that an agreement on the final settlement terms will be reached soon. The parties therefore believe a short adjournment of the initial pretrial conference would be in the interest of judicial efficiency.

Given the circumstances, the parties also believe it is not necessary to adjourn the initial settlement conference to a date certain. Rather, the parties request that all deadlines be stayed to allow the parties time to finalize the settlement terms, and that Plaintiff be required to either dismiss the case or file a status report no later than October 23, 2026. Defendants Kurv ETF Trust and Kurv Investment Management LLC have consented to this adjournment request as well as the request for a stay, and their counsel are copied here. Plaintiff, with Defendants' consent, made one previous request for adjournment of the initial pretrial conference on August 19, 2026 (ECF No. 13), which the Court granted on August 20, 2026 (ECF No. 14).

In accordance with the Notice of Pretrial Conference (ECF No. 11), and to the extent the Court would prefer to adjourn the initial pretrial conference to a date certain, counsel for all parties are available on November 20, 2026. The parties can also provide additional availability if those dates are not convenient for the Court.

There has been one prior adjournment of the initial pretrial conference.

*/s/ Ian G. DiBernardo*
Ian G. DiBernardo
Brown Rudnick LLP
7 Times Square
New York, NY 10036
(212) 209-4800
idibernardo@brownrudnick.com

Brian Boerman
Sheridan Ross P.C.
1560 Broadway
Suite 1200
Denver, CO 80202-5145
bboerman@sheridanross.com

*Attorneys for Plaintiff*
*World Gold Trust Services, LLC*

cc: Jack Haisman (jhaisman@mofo.com)
Joyce Liou (jliou@mofo.com)
*Counsel for Defendants*